# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOE RICHARDSON**  **PLAINTIFF**
ADC #140471

**v.**                    **CASE NO. 4:23-CV-00179-BSM**

**DEXTER PAYNE**                **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's unopposed recommended disposition [Doc. No. 4] is adopted, and Richardson's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE